Chicago Title and Trust Company, Plaintiff, v.
William J. Cleary, Defendant.
William J. Cleary, Appellee, v. Chicago Title and
Trust Company, Appellant.

Gen. No. 43,827.

opinion filed May 26, 1948; released for publication June 10, 1948. Kirkland, Fleming, Green, Martin & Ellis and Harold L. Reeve, for appellant; William Wilson, of counsel; Walter F. Dodd, John A. Brown and John O'C. Fitzgerald, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.

Nick Pappas, Appellant, v. J. Bobsin and
Company, Appellees.

Gen. No. 44,294.

opin-

398

ion filed May 26, 1948; released for publication June 10, 1948. James Percival Pio, for appellant; James W. Cotter, for appellees. Opinion by JUSTICE KILEY. Not to be published in full.

## People of State of Illinois, Defendant in Error, v. Pearl Harrison, Plaintiff in Error.

### Gen. No. 44,317.

opinion filed May 26, 1948; released for publication June 10, 1948. W. G. Anderson, for plaintiff in error; George F. Barrett, Attorney General, for defendant in error; William J. Tuohy, State's Attorney, Edward E. Wilson, John T. Gallagher, W. S. Miroslawski and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.